IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA READINGER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 13-6163 |

## ORDER

**AND NOW**, this _18_ day of _Nov._, 2014, after review of the Report and Recommendation of Carol Sandra Moore Wells, Chief United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. This case is **REMANDED** to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can: (a) consider whether Plaintiff meets the requirements of Listed Impairment 112.04 as a child or Listed Impairment 12.04 as an adult; and, if not, (b) determine whether Plaintiff functionally equals a listed impairment for the period she was under the age of 18 (June 20, 2007 until December 9, 2008).

BY THE COURT:

_T. N. O'Neill_
THOMAS N. O'NEILL, JR., J.